

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00306-CV

Christopher **DE LOS SANTOS** as Next Friend on Behalf of C.D.L.S. and V.D.L.S., Minor
Children,
Appellant

v.

**SUPERIOR SHUTTLE, LLC** and Heather Contreras,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI03550
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's August 4, 2021 judgment—into which the trial court's July 23, 2021 order dismissing the intervention petition merged—is AFFIRMED.

Costs are assessed against appellant Christopher De Los Santos.

SIGNED October 31, 2022.

Luz Elena D. Chapa, Justice